UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 27, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-0158 SCR |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| LEON JAMES WHITELEY | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEON JAMES WHITELEY Case No. 2:25-mj-0158 SCR Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__x__   (Other): ..Released DELAYED until 10/28/2025 at 8:00 AM.

Issued at Sacramento, California on October 27, 2025 at 2:05 PM

By:   /s/ Carolyn K. Delaney
Chief Magistrate Judge Carolyn K. Delaney