1  ERIC GRANT
   United States Attorney
2  ROBERT ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:25-CR-00246-DAD

                        Plaintiff,          RELATED CASES ORDER
12

13                  v.

    JOSE GARCIA-AVALOS, ET AL.,
14
                        Defendants.
15

16

17         For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the

18  Court finds that the Criminal Case captioned *United States v. Erick Guzman Tolentino et al.*, Case No.

19  2:25-CR-00247-DJC, is related to *United States v. Garcia-Avalos, et al.*, Case No. 2:25-CR-00246-

20  DAD, within the meaning of Local Rule 123(a) and assignment of these actions to a single district judge

21  is likely to effect a savings of judicial effort.

22         Based on this finding and pursuant to Local Rule 123(c), **IT IS HEREBY ORDERED**:

23     1. The Clerk of the Court shall REASSIGN the case *United States v. Garcia-Avalos, et al.*, Case

24        No. 2:25-CR-00246-DAD to the Honorable Daniel J. Calabretta and that case shall be designated

25        "Case No. 2:25-CR-00246-DJC"; and

26  / / /

27  / / /

28  / / /

    RELATED CASE ORDER                        1

1      2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to

2         compensate for this reassignment.

3         IT IS SO ORDERED.

4   Dated:    **November 4, 2025**                          _Dale A. Drozd_

5                                                DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RELATED CASE ORDER                               2