ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00247-DJC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. | |
| LLOYD LISTER, ELMER MONTIEL-ROMERO, LEON JAMES WHITELEY, LYLE COOPER, JUAN MUNOZ-GUZMAN, COY MOBLEY, JESSICA PACK, BRIAN SEDGWICK, and VANESSA FLORES-GOMEZ, | |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on April 16, 2026.

2.      By this stipulation, the parties now move to continue the status conference until July 16, 2026, and to exclude time between April 16, 2026, and July 16, 2026, under Local Codes T2 and T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The Defendants appeared in the Eastern District of California on the indictment and discovery has been sent to counsel for the Defendants much of which subject to a Protective Order.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)       The discovery in this matter is quite voluminous consisting of electronic data and materials collected during Court-authorized interception of wire and electronic communications. The discovery consists of multiple gigabytes of data.  Given the amount of discovery and the number of defendants, this case is unusually complex such that setting trial within the timeframe outlined in the Speedy Trial Act would be unreasonable.

c)       Counsel for defendants will require additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

d)       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 16, 2026 to July 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.　　Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  April 7, 2026

ERIC GRANT
United States Attorney

By:　/s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: April 7, 2026

/s/ F. PHILLIP COZENS
F. PHILLIP COZENS
Counsel for Defendant
LLOYD LISTER

Dated: April 7, 2026

/s/ JAYA C. GUPTA
JAYA C. GUPTA
Counsel for Defendant
ELMER MONTIEL-ROMERO

Dated: April 7, 2026

/s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
LEON JAMES WHITELEY

Dated: April 7, 2026

/s/ PETER JONES
PETER JONES
Counsel for Defendant
LYLE COOPER

Dated: April 7, 2026

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
JUAN MUNOZ-GUZMAN

Dated: April 7, 2026

/s/ REBECCA LEVY
REBECCA LEVY
Counsel for Defendant
COY MOBLEY

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

Dated: April 7, 2026                      /s/ ANA BOTELLO
                                          ANA BOTELLO
                                          Counsel for Defendant
                                          JESSICA PACK

Dated: April 7, 2026                      /s/ OLAF HEDBERG
                                          OLAF HEDBERG
                                          Counsel for Defendant
                                          BRIAN SEDGWICK

Dated: April 7, 2026                      /s/ ERIC KERSTEN
                                          ERIC KERSTEN
                                          Counsel for Defendant
                                          VANESSA FLORES-GOMEZ


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  April 10, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4