MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for LEON JAMES WHITELEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,      ) No. 2:25-247 DJC
               Plaintiff,      )
                            ) STIPULATION AND
      v.                 ) ORDER TO AMEND LEON WHITELEY's
                           ) CONDITIONS OF RELEASE
LEON JAMES WHITELEY,      )
               Defendant.      ) Judge: Hon. Magistrate Chi Soo Kim
===============================)

       Leon James Whiteley's special conditions of pre-trial release are found in ECF document 17.  The parties agree it is appropriate to modify Special Condition 8 to allow Mr. Whiteley to consume alcohol, but not in excess.  Special Condition 8 currently reads: "8. You must refrain from **any** use of alcohol or **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;"

       The parties are recommending Special Condition number 8 be amended to read: "8. You must refrain from **excessive** use of alcohol or **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;"

-1-

IT IS HEREBY STIPULATED AND AGREED between the defendant Leon James Whiteley, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Robert Abendroth, that Special Condition 8 shall be modified to read: "8. You must refrain from **excessive** use of alcohol or **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;." .

I have spoken to USPTS Monica Bentley and she does not oppose modifying Special Condition 8. The newly Amended Conditions are attached to this document.

Dated: May 14, 2026                    Respectfully submitted,

                                       /s/ *Michael D. Long*
                                       MICHAEL D. LONG
                                       Attorney for Nancy Garcia

Dated: May 14, 2026                    ERIC GRANT
                                       United States Attorney

                                       /s/ *Robert Abendroth*
                                       ROBERT ABENDROTH
                                       Assistant U.S. Attorney

///

///

///

///

-2-

[PROPOSED] **ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The Court hereby orders Special Conditions 8 modified to read: "You must refrain from **excessive** use of alcohol or **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used."

Dated:  May 15, 2026

_____
Hon. CHI SOO KIM
United States Magistrate Judge