ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELMER MONTIEL-ROMERO,<br>LEON JAMES WHITELEY,<br>LYLE COOPER,<br>JUAN MUNOZ-GUZMAN,<br>COY MOBLEY,<br>JESSICA PACK,<br>BRIAN SEDGWICK, and<br>VANESSA FLORES-GOMEZ,<br><br>Defendants. | CASE NO. 2:25-CR-00247-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on July 16, 2026.

2. By this stipulation, the parties now move to continue the status conference until September 24, 2026, and to exclude time between July 16, 2026, and September 24, 2026, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The Defendants appeared in the Eastern District of California on the indictment and discovery has been sent to counsel for the Defendants much of which subject to a Protective

Order.

b) The discovery in this matter is quite voluminous consisting of electronic data and materials collected during Court-authorized interception of wire and electronic communications. The discovery consists of multiple gigabytes of data. Given the amount of discovery and the number of defendants, this case is unusually complex such that setting trial within the timeframe outlined in the Speedy Trial Act would be unreasonable.

c) Counsel for defendants will require additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of July 16, 2026 to September 24, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: July 9, 2026

ERIC GRANT
United States Attorney

By: /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: July 9, 2026

/s/ JAYA C. GUPTA
JAYA C. GUPTA
Counsel for Defendant
ELMER MONTIEL-ROMERO

Dated: July 9, 2026

/s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
LEON JAMES WHITELEY

Dated: July 9, 2026

/s/ PETER JONES
PETER JONES
Counsel for Defendant
LYLE COOPER

Dated: July 9, 2026

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
JUAN MUNOZ-GUZMAN

Dated: July 9, 2026

/s/ REBECCA LEVY
REBECCA LEVY
Counsel for Defendant
COY MOBLEY

Dated: July 9, 2026

/s/ ANA BOTELLO
ANA BOTELLO
Counsel for Defendant
JESSICA PACK

Dated: July 9, 2026

/s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
BRIAN SEDGWICK

Dated: July 9, 2026

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
VANESSA FLORES-GOMEZ

**ORDER**

Based on the above stipulation, and for good cause shown, the status conference set on July 16, 2026 for the above-listed defendants is hereby reset for September 24, 2026, at 9:00 a.m. Additionally, for the reasons stated above, the Court finds that the time period between July 16, 2026 to September 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] to allow for defense counsels' effective preparation as well as due to the unusually complex nature of the instant prosecution. Therefore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court expects the parties to appear and to be prepared to proceed on September 24, 2026 absent good cause, with compelling circumstances shown.

IT IS SO FOUND AND ORDERED this 14th day of July, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE