ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELMER MONTIEL-ROMERO,<br>LEON JAMES WHITELEY,<br>JUAN MUNOZ-GUZMAN,<br>LYLE COOPER,<br>COY MOBLEY,<br>JESSICA PACK,<br>BRIAN SEDGWICK, AND<br>VANESSA FLORES-GOMEZ,<br><br>Defendants. | CASE NO. 2:25-CR-00247-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on September 24, 2026.

2. By this stipulation, the parties now move to continue the status conference until October 8, 2026, and to exclude time between September 24, 2026, and October 8, 2026, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The Defendants appeared in the Eastern District of California on the indictment and discovery has been sent to counsel for the Defendants much of which subject to a Protective

Order.

b) The discovery in this matter is quite voluminous consisting of electronic data and materials collected during Court-authorized interception of wire and electronic communications. The discovery consists of multiple gigabytes of data. Given the amount of discovery and the number of defendants, this case is unusually complex such that setting trial within the timeframe outlined in the Speedy Trial Act would be unreasonable.

c) Counsel for defendants will require additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of September 24, 2026 to October 8, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: September 22, 2026

ERIC GRANT
United States Attorney

By: /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: September 22, 2026

/s/ JAYA C. GUPTA
JAYA C. GUPTA
Counsel for Defendant
ELMER MONTIEL-ROMERO

Dated: September 22, 2026

/s/ MICHAEL LONG
MICHAEL LONG
Counsel for Defendant
LEON JAMES WHITELEY

Dated: September 22, 2026

/s/ PETER JONES
PETER JONES
Counsel for Defendant
LYLE COOPER

Dated: September 22, 2026

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
JUAN MUNOZ-GUZMAN

Dated: September 22, 2026

/s/ REBECCA LEVY
REBECCA LEVY
Counsel for Defendant
COY MOBLEY

Dated: September 22, 2026

/s/ ANA BOTELLO
ANA BOTELLO
Counsel for Defendant
JESSICA PACK

Dated: September 22, 2026

/s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
BRIAN SEDGWICK

Dated: September 22, 2026

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
VANESSA FLORES-GOMEZ

**ORDER**

Having considered the above Stipulation, and for good cause shown therein, the status conference set for September 24, 2026 is hereby reset for October 8, 2026 at 9:00 a.m.

Additionally, the Court orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of September 24, 2026 to October 8, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] to allow for effective preparation by defense counsel and due to the unusually complex nature of the instant prosecution. Therefore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial

IT IS SO FOUND AND ORDERED this 23rd day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE