**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Email: Mike.Long.Law@msn.com

Attorney for Defendant
LEON JAMES WHITELEY

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LEON JAMES WHITELEY,<br>Defendant. | Case No.: 2:25-cr-00247-DJC-4<br><br>**WAIVER OF APPEARANCE** |

Defendant LEON JAMES WHITELEY, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the Court in his absence. Mr. Long has explained this entire document to Mr. Whiteley and Mr. Whiteley agrees to be bound by all of the terms of this document.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with his being personally present.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Leon James Whiteley*
By: LEON JAMES WHITELEY
Defendant

*/s/ Michael D. Long*
By Michael D. Long
Attorney for Defendant
LEON JAMES WHITELEY

GOOD CAUSE APPEARING, Defendant LEON JAMES WHITELEY's waiver of personal appearance is accepted by the court. IT IS SO ORDERED.

Dated: September 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE